CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 13 2016

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

MAURICE HAWKINS, )
    Plaintiff, ) Civil Action No. 7:16-cv-00235
)
v. ) **DISMISSAL ORDER**
)
C/O ROBERTS, ) By:   Glen E. Conrad
    Defendant(s). ) Chief United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply, and the action is **STRICKEN** from the active docket of the court.

ENTER: This 13th day of June, 2016.

/s/ Glen E. Conrad
Chief United States District Judge